UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROBERT W. SEIDEN,

                                    Plaintiff,

                 -against-

BAKER TILLY HONG KONG LIMITED,

                                 Defendant.

-----------------------------------------------------------------X

**17-CV-02583 (LTS)(SN)**

**STATUS CONFERENCE ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/6/2020

**SARAH NETBURN, United States Magistrate Judge:**

       A conference by telephone is scheduled for Thursday, August 13, 2020, at 11:00 a.m. to discuss the status of this case. At that time, the parties should call (877) 402-9757 and enter access code 7938632 #.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      August 6, 2020
                New York, New York