```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/2020

ROBERT W. SEIDEN,

                        Plaintiff,              17-CV-02583 (LTS)(SN)

      -against-                **STATUS CONFERENCE ORDER**

BAKER TILLY HONG KONG LIMITED,

                        Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Defendant is directed to file a response to Plaintiff's October 27, 2020 letter by October 30, 2020. A conference by telephone is scheduled for Monday, November 02, 2020, at 2:00 p.m. to discuss the discovery dispute raised in Plaintiff's October 27, 2020 letter. At that time, the parties should call (877) 402-9757 and enter access code 7938632 #.

      The Clerk of Court is respectfully directed to terminate the motion at ECF 82.

**SO ORDERED.**

                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:      October 29, 2020
                   New York, New York