```
5UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROBERT W. SEIDEN,

                               Plaintiff,             17-CV-02583 (LTS)(SN)

             -against-                                       ORDER

BAKER TILLY HONG KONG LIMITED,

                               Defendant.

-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

The Court has received Defendant's motion to seal, ECF No. 94, in which Defendant asks this Court to order that Plaintiff file the exhibits to his forthcoming motion to compel discovery under seal. Defendant asserts that at least one of the exhibits Plaintiff intends to file contains confidential information that is classified as "Attorneys' Eyes Only" pursuant to the Protective Order entered in this case. See ECF No. 89.

Defendant's motion is GRANTED without prejudice to reconsideration of the ruling on the motion to seal at the time the Court rules on Plaintiff's forthcoming motion to compel. Accordingly, Plaintiff shall file his motion to compel with the appropriate viewing restrictions no later than March 5, 2021. Defendant's response to Plaintiff's motion shall be filed by March 12, 2021.

The Clerk of Court is respectfully directed to GRANT the motion at ECF No. 94.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   March 4, 2021
         New York, New York