UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROBERT W. SEIDEN,

                              **Plaintiff,**                              17-CV-02583 (LTS)(SN)

                -against-                                   **ORDER**

BAKER TILLY HONG KONG LIMITED,

                              **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Defendant's motion to seal certain exhibits to be filed with its response to Plaintiff's motion to compel, ECF No. 96, is GRANTED. As discussed in this Court's March 4, 2021 Order, the Court grants Defendant's motion without prejudice to reconsideration of the ruling on the motion to seal at the time the Court rules on Plaintiff's motion to compel. See ECF No. 95. Defendant shall file its response to Plaintiff's motion to compel with the appropriate viewing restrictions.

      The Clerk of Court is respectfully directed to GRANT the motion at ECF No. 97.

**SO ORDERED.**

                                                   _____
                                                   SARAH NETBURN
                                              United States Magistrate Judge

DATED:       March 12, 2021
                New York, New York