```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROBERT W. SEIDEN,

                    Plaintiff,

      -against-

BAKER TILLY HONG KONG LIMITED,

                    Defendant.

-----------------------------------------------------------------X

17-CV-02583 (LTS)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      A telephonic conference is scheduled for Monday, March 22, 2021, at 3:00 p.m. to discuss the discovery dispute raised in Plaintiff's March 5, 2021 Motion to Compel Production. ECF No. 96. At that time, the parties should call (877) 402-9757 and enter access code 7938632, followed by the pound (#) key.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    March 15, 2021
                New York, New York