UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                                              :

ROBERT W. SEIDEN, Esq., Receiver for     :    Case No. 1:17-cv-02583-LTS-SN
CHINA NORTH EAST PETROLEUM            :
HOLDINGS LIMITED,                                :
                                                               :
Plaintiff,                                          :    **MOTION TO WITHDRAW AS**
                                                               :    **COUNSEL OF RECORD FOR**
          -against-                        :    **DEFENDANT BAKER TILLY**
                                                               :    **HONG KONG LIMITED BY**
BAKER TILLY HONG KONG LIMITED,      :    **JOSHUA D. BURNS**
                                                                :
Defendant.                                          :
---------------------------------------------------------------x

       Pursuant to Local Civil Rule 1.4, Joshua D. Burns, of the law firm Crowe & Dunlevy, P.C. ("Movant"), moves the Court for permission to withdraw as counsel of record for Defendant Baker Tilly Hong Kong Limited ("BTHK") in this case. In support of this Motion, Movant states as follows:

       1.     Plaintiff Robert W. Seiden, Receiver for China North East Petroleum Holdings Limited, filed his initial Complaint in this matter on April 11, 2017. *See* Doc. No. 1. Plaintiff filed a First Amended Complaint on May 12, 2017. *See* Doc. No. 11. The Court granted Plaintiff's Motion for Default Judgment on Count Two of the First Amended Complaint on March 22, 2019. *See* Doc. No. 40.

       2.     Movant entered an appearance on behalf of BTHK on June 9, 2020. *See* Doc. No. 58. Movant moved the *pro hac vice* admission of Mary H. Tolbert on July 7, 2020, *see* Doc. No. 66, which was granted on August 4, 2020. *See* Doc. No. 72.

       3.     Following jurisdictional discovery, BTHK filed a Motion to Vacate Default Judgment and to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) on February 24, 2021. *See* Doc. No.

1

90. That motion is fully briefed and ripe for resolution by the Court and no other deadlines are pending in this matter.

4. Ms. Tolbert recently transitioned to the law firm of Steptoe & Johnson PLLC and has filed her change of address with this Court. Additionally, Adam Ennis, who is admitted to the bar of this Court, has entered his appearance on behalf of BTHK. Ms. Tolbert and Mr. Ennis will continue to represent BTHK in this matter. Therefore, the withdrawal of Movant will not cause delay in this proceeding.

5. Attached hereto as Exhibit 1 is the Affidavit of Lo Wing See, director of BTHK, consenting to Movant's withdrawal in this matter.

6. Movant does not assert a retaining or charging lien in this matter.

WHEREFORE, for all of the reasons discussed herein, Movant respectfully requests the Court grant this Motion and permit Joshua D. Burns to withdraw as counsel of record for BTHK in this matter.

Dated: June 1, 2023

Respectfully submitted,

/s/ Joshua D. Burns
Joshua D. Burns
CROWE & DUNLEVY
A Professional Corporation
Braniff Building
324 N. Robinson Avenue, Suite 100
Oklahoma City, Oklahoma 73102
(405) 235-7700 (telephone)
(405) 239-6651 (facsimile)
joshua.burns@crowedunlevy.com

**ATTORNEY FOR DEFENDANT
BAKER TILLY HONG KONG LIMITED**