UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROBERT W. SEIDEN, Esq., Receiver for
CHINA NORTH EAST PETROLEUM
HOLDINGS LIMITED,

                      Plaintiff,                    17 **CIVIL** 2583 (LTS)

  -against-

## **JUDGMENT**

BAKER TILLY HONG KONG LIMITED,

                      Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated August 13, 2023, the Court's March 22, 2019, decision granting Plaintiff's motion for a default judgment against Defendant BTHK is vacated and BTHK's motion to dismiss this action for lack of personal jurisdiction is granted. This Order resolves docket entry no. 90. The order granting Plaintiff's default judgment motion (docket entry no. 40) is vacated, and judgment is entered dismissing the First Amended Complaint for lack of personal jurisdiction. Accordingly, the case is closed.

**Dated:** New York, New York

      August 14, 2023

                                                        **RUBY J. KRAJICK**
                                                         **Clerk of Court**

                             **BY:**

                                                    **Deputy Clerk**